UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-21443-UU

MICHEL BOSSEN and MARIA VIERA,

    Plaintiff,

v.

LUMBER LIQUIDATORS, INC.,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF COMPLIANCE

Plaintiffs MICHEL BOSSEN and MARIA VIERA, by and through undersigned counsel, hereby give notice of complying with this Court's Order entered on April 18, 2019 [D.E. 6], which directed the Plaintiffs to forward a copy of the Order to counsel for Defendant upon entry of an appearance. Undersigned counsel served a copy of the Order on counsel for Defendant via email on April 23, 2019.

Respectfully submitted,

/s/ *Yechezkel Rodal*
Yechezkel Rodal, Esq.
Florida Bar Number: 91210
E-mail: chezky@Rodallaw.com
RODAL LAW, P.A.
*Attorney for Plaintiffs*
5300 N.W. 33rd Ave., Ste. 219
Ft. Lauderdale, Florida 33309
Telephone: (954) 367-5308
Facsimile: (954) 900-1208

2 | P a g e

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 23, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Spencer Hal Silverglate, Esq.
CLARKE SILVERGLATE, P.A.
799 Brickell Plaza, Suite 900
Miami, FL 33131
Telephone: (305) 377-0700
Facsimile: (305) 377-3001
Email: ssilverglate@cspalaw.com

*Service by CM/ECF*

                      Rodal Law, P.A.
                      *Attorneys for Plaintiffs*
                      5300 N.W. 33rd Ave., Ste. 219
                      Ft. Lauderdale, Florida 33309
                      Telephone: (954) 367-5308
                      Facsimile: (954) 900-1208

                      */s/Yechezkel Rodal*
                      Yechezkel Rodal, Esq.
                      Florida Bar No. 91210
                      chezky@rodallaw.com

2 | P a g e
**Rodal Law, P.A.**
5300 N.W. 33rd Ave., Suite 219 ● Ft. Lauderdale, Florida 33309 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com